IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOCELYN POLIKOFF,

Plaintiff,

vs.   No. CIV 11-831-JC/ACT

SOCIAL SECURITY ADMINISTRATION,

Defendant(s).

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court on the Report and Recommendation of United States Magistrate Judge Alan C. Torgerson, filed May 16, 2013 [Doc. 26], regarding Plaintiff's Motion to Reverse or Remand Decision of the Commissioner and Brief in Support Thereof [Doc. 21]. Objections were due on June 3, 2013. The parties did not file any objections.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 26] is adopted and Plaintiff's Motion to Reverse or Remand Decision of the Commissioner and Brief in Support Thereof [Doc. 21] is DENIED.

_____
**WILLIAM P. JOHNSON**
**United States District Judge**